UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON FONTANEZ, Individually, and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>                   v.<br><br>FOOD52, INC.,<br><br>                            Defendant. | No. 22-CV-9584 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

       An initial status conference was previously scheduled in this matter for February 17, 2023 at 2:30 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to 11:30 a.m. that same day. Call-In Number: (888) 363-4749; Access Code: 1015508#.

       Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:    February 15, 2023
             New York, New York

                                                                     Ronnie Abrams
                                                                     United States District Judge