

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

February 16, 2023

> Application granted. The initial status conference is hereby adjourned to March 10, 2023 at 2:45 p.m., at the same call-in number listed in the Court's prior order. My condolences for the loss of your colleague.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> February 16, 2023

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York New York 10007

    Re:    *Fontanez v. Food52, Inc.*
              Case No. 22-cv-09584 (RA)

Dear Judge Abrams:

    I represent defendant in this action. I write with the consent of counsel for plaintiff to request that the initial status conference that was just rescheduled for February 17, 2023 at 11:30 a.m. [DE 18] be rescheduled to a date convenient to the Court on or after March 1, 2023. There are two bases for this application: First, I learned yesterday that one of the partners with whom I worked closely at my law firm passed away unexpectedly and I am unfortunately tied up dealing with issues arising from this tragic situation. Second, opposing counsel and I have been engaged in productive settlement discussions and there are good prospects for achieving a settlement in principle in the next 10 days or so. If we are in fact able to settle the case, we would of course be certain to notify the Court seasonably.

    Thank you for your attention to this matter.

    Respectfully,

    /s/Peter T. Shapiro

    Peter T. Shapiro of
    LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All Counsel of Record

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • NEW JERSEY • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WEST VIRGINIA

4863-8164-8109.1
640012_1/04833-0002